IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEXTGEN INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY LLC, AND AT&T CORP.,<br><br>Defendants. | Case No. 2:23-cv-00263-JRG-RSP |

**STIPULATED MOTION FOR DISMISSAL**

The Plaintiff, NEXTGEN INNOVATIONS, LLC (hereinafter "PLAINTIFF") and Defendants AT&T SERVICES, INC., AT&T MOBILITY LLC, and AT&T CORP. (hereinafter "AT&T"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all of PLAINTIFF's claims in this action WITH PREJUDICE and dismissing all of AT&T's pending counterclaims WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: September 5, 2024

Respectfully submitted,

/s/ Benjamin T. Wang
Benjamin T. Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Irene Y. Lee
CA State Bar No. 213625
Email: ilee@raklaw.com
Andrew D. Weiss
CA State Bar No. 232974
Email: aweiss@raklaw.com
Paul A. Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Peter Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Claire Abernathy Henry
Texas State Bar No. 24053063
Email: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
Email: andrea@wsfirm.com
Chad Everingham
Texas State Bar No. 00787447
Email: ce@wsfirm.com

/s/ Brett C. Govett
Deron R. Dacus
Texas Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117
Fax: (903) 581-2543

Brett C. Govett (LEAD ATTORNEY)
Texas Bar No. 08235900
Brett.govett@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: (214) 855-8000

Daniel Leventhal
Texas Bar No. 24050923
Daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, TX 77010
Tel: (713) 651-5151

Talbot Hansum
State Bar No. 24084586
Daniel S. Shuminer
State Bar No. 24124688
David Dyer
State Bar No. 24089580

1

WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

Attorneys for Plaintiff
*NextGen Innovations, LLC*

Catherine Jean Garza
State Bar No. 24073318
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
talbot.hansum@nortonrosefulbright.com
daniel.shuminer@nortonrosefulbright.com
david.dyer@nortonrosefulbright.com
cat.garza@nortonrosefulbright.com

Matthew Gaudet
MCGaudet@duanemorris.com
John R. Gibson
JRGibson@duanemorris.com
Daniel Mitchell
DMitchell@duanemorris.com
Sajid Saleem
Ssaleem@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, Suite 1700
Atlanta, Georgia 30309
Tel: (404) 253.6900

John M. Baird
jmbaird@duanemorris.com
**DUANE MORRIS LLP**
505 9th Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 776-7819

Brianna M. Vinci
Bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 S 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1198

Holly Elin Engelmann
HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
Terrace 7 2801 Fortuna Suite 200
Austin, TX 78746
Tel: (214) 257-7226

Monte T. Squire
Mtsquire@duanemorris.com
**DUANE MORRIS LLP**
1201 N Market St Suite 501
Wilmington, DE 19801

Tel: (302) 657-4918

*Attorneys for Defendants*
**AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 5, 2024 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3)(A).

*/s/ Brett C. Govett*
Brett C. Govett