IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEXTGEN INNOVATIONS, LLC, <br><br>*Plaintiff,* <br><br>v. <br><br>AT&T SERVICES, INC., AT&T MOBILITY LLC, and AT&T CORP. <br><br>*Defendants,* <br><br>and <br>NOKIA OF AMERICA CORPORATION, <br><br>*Intervenor.* | § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00263-JRG-RSP |

# **ORDER**

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Nextgen Innovations, LLC ("Plaintiff") and AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp. (AT&T) ("Defendants"). (Dkt. No. 61.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of Plaintiff's claims in the above-captioned action WITH prejudice and Defendants' counterclaims WITHOUT prejudice (*Id*. at 2.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE** and all counterclaims and causes of action asserted by Defendant against Plaintiff are **DISMISSED WITHOUT PREJUDICE.** Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

## So Ordered this

**Sep 11, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE